

SEALED

FILED
APR 02 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:2 MJ 00072 GSA |
|---|---|
| Plaintiff, | ) APPLICATION AND ORDER SEALING<br>) COMPLAINT AND AFFIDAVIT |
| v. | ) |
| JOHN DOE<br>    aka El Chacaloso, | ) |
| Defendant. | ) |

The United States of America requests that the complaint and affidavit in support of the complaint herein be sealed to prevent the potential flight of the defendant, to protect the integrity of the underlying investigation, and to prevent the possible destruction of evidence. The United States further requests that the unsealing of the complaint and affidavit be automatic and self-executing upon defendant's arrest on the complaint.

DATED: April 2, 2012          BENJAMIN B. WAGNER
                              United States Attorney

                         By:  /s/ Ian L. Garriques
                              IAN L. GARRIQUES
                              Assistant U.S. Attorney

## SEALING ORDER

Good cause having been shown, IT IS HEREBY ORDERED that the complaint and affidavit in support of the complaint herein be sealed. If the named defendant is arrested on the complaint, the unsealing of the complaint and affidavit shall be automatic and self-executing, and no further order by this Court shall be necessary for unsealing.

DATED: April 2, 2012

HON. GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE