1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6  United States of America

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  CASE NO. 1:12-MJ-00072-GSA
                                    )
12              Plaintiff,          )  STIPULATION AND PROTECTIVE
                                    )  ORDER BETWEEN THE
13         v.                       )  UNITED STATES AND ESTEBAN
                                    )  MENDOZA-GALENO
14 ESTEBAN MENDOZA-GALENO           )
      aka El Chacaloso,             )
15                                  )
                Defendant.          )
16                                  )

17       WHEREAS, the discovery in this case is voluminous and contains a
18 large amount of personal information including, but not limited to
19 social security numbers, telephone numbers, residential addresses,
20 account information, as well as other forms of personal
21 identification ("Protected Information"); and
22       WHEREAS, the parties desire to avoid both the necessity of large
23 scale redactions and the unauthorized disclosure or dissemination of
24 this information to anyone not a party to the court proceedings in
25 this matter;
26       The parties agree that entry of a stipulated protective order is
27 appropriate.
28       THEREFORE, defendant Esteban Mendoza-Galeno, by and through his

counsel of record Eric Fogderude ("Defense Counsel"), and plaintiff United States of America, by and through its counsel of record, hereby agree and stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel by the United States in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel and designated defense investigators and support staff. Defense Counsel may permit the defendant to view unredacted documents in the presence of his attorney, defense investigators and support staff. The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States Government. At the conclusion of the case, Defense Counsel will return the discovery to the Government or will certify that it has been shredded.

5. Defense Counsel will store the discovery in a secure place

and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

    6.   Defense Counsel shall be responsible for advising the defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

    7.   In the event that the defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

IT IS SO STIPULATED.

Dated: April 19, 2012            BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: /s/ Ian L. Garriques
                                          IAN L. GARRIQUES
                                          Assistant U.S. Attorney

Dated: April 19, 2012            /s/ Eric Fogderude
                                      ERIC FOGDERUDE
                                      Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

**Dated:  April 19, 2012**        **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE